U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 30 P 3:30

CLERK

BY_____ UW _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Brandon Lee Griffith,                              )
                                                   )
             Plaintiff,                            )
                                                   )
      v.                                           )        Case No. 2:25-cv-00724
                                                   )
Adam Patterson, et al.,                            )
                                                   )
             Defendants.                           )

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**(Doc. 10)**

On April 10, 2026, Magistrate Judge Kevin Doyle granted Plaintiff Brandon Lee

Griffith's Application to Proceed *in forma pauperis* and entered a Report and Recommendation

("R&R") recommending that certain of Plaintiff's claims be dismissed and that others be served

on Defendants. On May 21, 2026, Plaintiff filed a Notice of Change of Address on which he

included a postscript requesting an extension of unspecified duration "on the deadline to

respond[] to [D]efendants['] motion to dismiss . . . ." (Doc. 10 at 1.) As there is no motion to

dismiss pending, the Court construes this request as one for an extension of time to file

objections to the R&R.

Plaintiff's motion for an extension of time (Doc. 10) is GRANTED. Any objections to

the R&R are to be filed no later than August 1, 2026.

Dated at Rutland, in the District of Vermont, this 30th day of June, 2026.

Geoffrey W. Crawford, Judge
United States District Court